IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-13-286-D |
| | ) | |
| JONATHAN RENE MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER**

This matter comes before the Court on Oscar Francisco-Rodas Molina, Deceased, and the request of said Applicants, the Federal Public Defender Organization for the Western District of Oklahoma, and the United States Attorney for the Western District of Oklahoma, and the Office of the Chief Medical Examiner, State of Oklahoma, that an Agreed Order be entered directing the Office of the Chief Medical Examiner to produce and permit inspection and copying of all documents in the Medical Examiner Case File, including but not limited to an allocation of the tissue and blood samples, recuts of the microscopic slides, and photographs if applicable concerning the death of **Oscar Francisco-Rodas Molina, OCME File #1304649**, with the exception of those documents which the Medical Examiner claims a privilege and/or is prohibited by statute from producing. And further, that said samples be produced on or before fourteen business days after entry of this order, and as provided by State Statutes, including costs to the requesting party. The parties agree that any and all Subpoenas, Motions, or Orders in the above-captioned lawsuit pending before this Court in

which the Office of the Chief Medical Examiner is an interested party shall be rendered moot by this Order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

The Office of the Chief Medical Examiner of Oklahoma is directed to produce and permit inspection and copying of all documents in the Medical Examiner Case File, including but not limited to an allocation of the tissue and blood samples, recuts of the microscopic slides, and photographs if applicable concerning the death of **Oscar Francisco-Rodas Molina, OCME File #1304649**, with the exception of those documents which the Medical Examiner claims a privilege and/or is prohibited by law or statute from producing. And further, that said documents be produced on or before fourteen business days after entry of this order, with costs to the requesting party as provided by 63 O.S. 2011, §§ 939 and/or 949, and released and delivered to: Susan M. Otto, Federal Public Defender, 215 Dean A. McGee, Suite 109, Oklahoma City, Oklahoma, 73102.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all Subpoenas, Motions, and Orders in the above-captioned lawsuit pending before this Court in which the Office of the Chief Medical Examiner of Oklahoma is an interested party shall be considered moot by this Order.

Dated this 10th day of January, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRCT JUDGE
WESTERN DISTRICT OF OKLAHOMA

**APPROVED**:

---

MARTHA R. KULMACZ, OBA # 5137
Assistant Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921 Telephone
(405) 522-4536 Fax
Martha.Kulmacz@oag.ok.gov

ATTORNEY FOR THE OFFICE OF
THE CHIEF MEDICAL EXAMINER

---

SANFORD C. COATS, OBA # 18268
United States Attorney
Western District of Oklahoma
JESSICA C. JARVIS, OBA#82766
Assistant United States Attorney
210 Park Avenue Suite 400
Oklahoma City, Oklahoma 73102
Telephone: (405) 553-8700
Facsimile: (405) 553-8888

COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

---

SUSAN M. OTTO, OBA # 6818
Federal Public Defender
JEFFREY BYERS, OBA # 17499
Assistant Federal Public Defender
215 Dean A. McGee Avenue Suite 109
Oklahoma City, Oklahoma 73102
Telephone: (405) 609-5930
Telefacsimile: (405) 609-5932

COUNSEL FOR DEFENDANT
JONATHAN RENE MARTINEZ

APPROVED:

*[signature]*

MARTHA R. KULMACZ, OBA # 5137  JANIS W. PRESLAR, OBA # 12443
Assistant Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921 Telephone
(405) 522-4536 Fax
Martha.Kulmacz@oag.ok.gov
jan.preslar

ATTORNEY FOR THE OFFICE OF
THE CHIEF MEDICAL EXAMINER

*[signature]*

SANFORD C. COATS, OBA # 18268
United States Attorney
Western District of Oklahoma
JESSICA C. JARVIS, OBA#82766
Assistant United States Attorney
210 Park Avenue  Suite 400
Oklahoma City, Oklahoma 73102
Telephone: (405) 553-8700
Facsimile:  (405) 553-8888

COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

*[signature]*

SUSAN M. OTTO, OBA # 6818
Federal Public Defender
JEFFREY BYERS, OBA # 17499
Assistant Federal Public Defender
215 Dean A. McGee Avenue  Suite 109
Oklahoma City, Oklahoma 73102
Telephone:  (405) 609-5930
Telefacsimile: (405) 609-5932

COUNSEL FOR DEFENDANT
JONATHAN RENE MARTINEZ

(revised 06-24-2013)